# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated, | **NOTICE OF SETTLEMENT** |
| Plaintiff, | CLASS ACTION |
| v. | Case No. 0:24-CV-02174-KMM-DLM |
| Victoria's Secret & Co., | |
| Defendant, | |

## NOTICE OF SETTLEMENT

Defendant Victoria's Secret & Co., through its counsel and in agreement with Plaintiff Julie Dalton ("Plaintiff"), notify the Court that they have reached an agreement in principle that will resolve Plaintiff's claims in this lawsuit. The Parties intend to file a Stipulation for Dismissal as soon as practicable, but respectfully request that the Parties are given 30 days to file the same. Accordingly, the Parties request that the Court stay all pending deadlines.

*[signatures follow]*

Respectfully submitted,

Dated: August 9, 2024

/s/ *Thomas R. Pack*
Thomas R. Pack
**GREENBERG TRAURIG, LLP**
90 South 7th Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 259-9700
Facsimile: (612) 677- 3101
Email: Tom.Pack@gtlaw.com

*Attorneys for Defendant*

Dated: August 9, 2024

*/s/ Pat. W. Michenfelder*
Patrick W. Michenfelder (#024207X)
Chad Throndset (#0261191)
Jason Gustafson (#0403297)
**THRONDSET MICHENFELDER, LLC**
222 South Ninth Street, Suite 1600
Telephone: (763) 515-6110
Facsimile: (763) 226-2515
Email: Pat@throndsetlaw.com
   Chad@throndsetlaw.com
   Jason@throndsetlaw.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Thomas R. Pack, an attorney, hereby certify on August 9, 2024, caused the foregoing to be filed and served electronically via the Court's ECF system upon all counsel of record.

/s/ Thomas R. Pack